SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Email: mgrajski@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Esther Slater McDonald (*admitted pro hac vice*)
Email: emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorneys for Defendants
DBI BEVERAGE INC. and
DBI BEVERAGE SAN JOAQUIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN PALACIOS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee Corporation; DBI BEVERAGE SAN JOAQUIN, a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00204-JAM-EFB<br><br>**JOINT STATUS REPORT AND STIPULATED ORDER STAYING DISCOVERY** |

In accordance with the Court's Minute Order of April 3, 2017, Plaintiff Efrain Palacios and Defendants DBI Beverage Inc. and DBI Beverage San Joaquin provide the following joint case status update and proposed stipulated order staying discovery.

1

JOINT STATUS REPORT AND STIPULATED ORDER STAYING DISCOVERY

38983641v.1

Plaintiff filed his Class Action Complaint on January 9, 2017, alleging a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* The Parties submitted their Joint Status Report and Proposed Joint Discovery Plan on March 31, 2017. The Parties' Proposed Joint Discovery Plan indicated the Parties' desire to pursue private mediation.

On April 25, 2017, this action was successfully mediated in Sacramento, California with the Honorable Frank C. Damrell, and a class action settlement of Plaintiff's claim was agreed to in principle. The Parties are currently in the process of memorializing and executing a formal settlement agreement.

To allow the Parties time to reduce this agreement to writing and to draft corollary documents including appropriate notice to the settlement class, the Parties jointly propose to stay discovery in this matter and to file a Motion for Preliminary Approval of the settlement no later than June 12, 2017.

Accordingly, consistent with the Parties' agreement and, in the interest of judicial and litigant economy, the Court hereby orders:

a) That discovery in this matter is stayed; and

b) That the Parties shall file a Motion for Preliminary Approval of the settlement no later than June 12, 2017.

IT IS SO ORDERED.

Dated: 5/12/2017 /s/ John A. Mendez_____
Hon. John A. Mendez, U.S.D.J.

Stipulated To By:

**Schneider, Wallace, Cottrell, Konecky, Wotkyns LLC**  **Seyfarth Shaw LLP**

/s/ *Jason H. Kim*_____   _/s/ *Esther Slater McDonald*_____
Jason H. Kim                                            Esther Slater McDonald

Attorney for Plaintiff                              Attorney for Defendants
EFRAIN PALACIOS                              DBI BEVERAGE INC. and DBI BEVERAGE SAN JOAQUIN

DATE: May 12, 2017

3
JOINT STATUS REPORT AND STIPULATED ORDER STAYING DISCOVERY

38983641v.1